■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED CROSE, Appellant. — Judgment, Supreme Court, New York County (Dontzin, J.), rendered on October 3, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Markewich, Silverman, Fein and Milonas, JJ.